No. 421, Misc. SMITH *v.* HIXON, WARDEN. C. A. 5th Cir. Certiorari denied. Petitioner *pro se.* *John Patterson,* Attorney General of Alabama, and *Bernard F. Sykes* and *George Young,* Assistant Attorneys General, for respondent.

No. 532, Misc. FOSTER *v.* GEORGIA. Supreme Court of Georgia. Certiorari denied. *James Barrow* for petitioner. *Eugene Cook,* Attorney General of Georgia, and *E. Freeman Leverett,* Assistant Attorney General, for respondent.

No. 549, Misc. JEFFERSON *v.* TEETS, WARDEN. C. A. 9th Cir. Certiorari denied. *A. J. Zirpoli* for petitioner.

No. 9. LAWN *v.* UNITED STATES, *ante,* p. 339;

No. 10. GIGLIO ET AL. *v.* UNITED STATES, *ante,* p. 339;

No. 67. NASHVILLE MILK CO. *v.* CARNATION CO., *ante,* p. 373;

No. 71. GORDON *v.* TEXAS, *ante,* p. 369;

No. 85. CITIES SERVICE GAS CO. *v.* STATE CORPORATION COMMISSION OF KANSAS ET AL., *ante,* p. 391;

No. 449. SHELL OIL CO. *v.* FEDERAL POWER COMMISSION, *ante,* p. 930;

No. 576. LEONARDO ET UX. *v.* BOARD OF COUNTY COMMISSIONERS OF ST. MARY'S COUNTY, MARYLAND, ET AL., *ante,* p. 906;

No. 586. RYSTAD *v.* BOYD, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, *ante,* p. 912; and

No. 597. BALLF *v.* PUBLIC WELFARE DEPARTMENT OF THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, ET AL., *ante,* p. 912. Petitions for rehearing denied.